Arthur Simon, Respondent, v. Ireland & Taub Paper Co., Inc., Appellant.—

While we recognize that the allegations contained in the second paragraph are immaterial to the cause of action alleged in the complaint, they are harmless to the

defendant and of no benefit to the plaintiff. Therefore we are of opinion that such practice motions, involving no consequential matters, should be discouraged. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.